[No. 35137-4-II.  Division Two.  August 21, 2007.]

AA REMODELING, *Respondent*, v. DEBBIE WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-01456-2, Wm. Thomas McPhee, J., entered July 14, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 35169-2-II.  Division Two.  August 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS GABE ARMIJO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04764-9, Stephanie A. Arend, J., entered July 14, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 24799-6-III.  Division Three.  August 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH DALE KLYM, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-01070-9, Carrie L. Runge, J., entered December 1, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

[No. 25186-1-III.  Division Three.  August 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH ALLEN CRARY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-01647-1, Craig J. Matheson, J., entered May 5, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kulik, J., concurred in by Brown and Stephens, JJ.